**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-7138**

_____

DON FARMER,

       Petitioner - Appellant,

        v.

BERNARD BOOKER, Warden,

       Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:18-cv-00715-JAG-RCY)

_____

Submitted:  January 21, 2020               Decided:  January 27, 2020

_____

Before GREGORY, Chief Judge, NIEMEYER and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Don Farmer, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Don Farmer appeals the district court's order denying as untimely his 28 U.S.C. § 2254 (2018) petition.  On appeal, we confine our review to the issues raised in the Appellant's brief.  *See* 4th Cir. R. 34(b).  Because Farmer's informal brief does not challenge the basis for the district court's disposition, Farmer has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we grant leave to procced in forma pauperis and affirm the district court's judgment.  We also deny as unnecessary a certificate of appealability.  *See Harbison v. Bell*, 556 U.S. 180, 183 (2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*